UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NKEM ECHEM,<br>    Petitioner | FILE NO:<br><br>ALIEN NO: A846117237 |
| v. | |
| JOHN ASHCROFT<br>ATTORNEY GENERAL,<br>    Respondent | |

**PETITIONER'S AFFIDAVIT IN SUPPORT OF THE MOTION TO STAY REMOVAL AND WRIT OF HABEAS CORPUS.**

Now comes the petitioner and respectfully presents the following affidavit in support of the motions for stay of removal and Writ of Habeas Corpus. The Petitioner is asking the Honorable Court to stay her removal and further asks the court for release from custody on bond, pending the final determination of the petition for judicial review.

In support of the following statement the petitioner, states as follows:

(1). My name is Nkem Echem and I am presently a ward of the government and I am held in custody at the South Bay House of Correction. Ordinarily I am resident at 28 Hollingsworth Street, Mattapan, Massachusetts 02126.

(2). I was placed in removal on July 12, 2001, following an order in absentia by the

## Echem/page2

Immigration Court in Boston for failure to appear at the court's master Calendar Hearing.

(3). The failure to appear was due to lack of notice of the hearing date.

I have lived in the United States since 1996 and I have not been convicted of any crime, or held liable for acts of moral turpitude, and I have not been convicted of aggravated felonies.

Wherefore I am asking the Honorable Court to review the decisions of the BIA and allow my release from further custody and, allow me to seek for adjustment of status through my employer who was indicated an intent to act as my sponsor in this matter.

**REPECTFULLY SUBMITTED,**

SIGNED TODAY 2/1/ , 2005 UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Nkem Echem