AO 458 (Rev. 5/85)  Appearance

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

FILED
IN CLERKS OFFICE

2005 FEB 8  P 1:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

CASE NUMBER:

ALIEN NO: A46-117-237.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NKEM ECHEM,     **05 10245 JLT**

| | |
|---|---|
| FEBRUARY 8, 2005. | [Signature] |
| Date | Signature |
| | SAM OSAGIEDE, ESQUIRE |
| | Print Name |
| | 925 WASHINGTON STREET, SUITE 9, |
| | Address |
| | DORCHESTER, MASS   02124 |
| | City           State           Zip Code |
| | 617-282-1300      627-282-4600. |
| | Phone Number |