UNITED STATE COURT OF APPEALS
FOR THE FIRST CIRCUIT

NKEM ECHEM,            *      DOCKET NO: 05CV10245JTL
         Petitioner    *      ALIEN NO: A 46 117 237
                       *
                       *
       v.              *
                       *
JOHN ASHCROFT          *
ATTORNEY GENERAL,      *
         Respondent    *

## NOTICE OF APPEAL

Please enter this notice of appeal from the decision of the US District Court, entered on 4/21/2005 which accepted the recommendation of the Respondent, and dismissed the petition for Habeas Corpus of the Petitioner.

**RESPECTFULLY SUBMITTED,**

The Petitioner
Nkem Echem
By her Attorney

Sam Osagiede, Esquire
BBO #636632
925 Washington Street Suite 9
Dorchester, Mass 02124
Tel; 617-282-1300

Date: 4/29, 2005

UNITED STATE COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| NKEM ECHEM, * | DOCKET NO: 05CV10245JTL |
| Petitioner * | ALIEN NO: A 46 117 237 |
| * | |
| v. * | |
| JOHN ASHCROFT * | |
| ATTORNEY GENERAL, * | |
| Respondent * | |

## CERTIFICATE OF SERVICE

This is to certify that I attorney Sam Osagiede counsel for the Appellant in the above entitled matter did served the notice of appeal from the decision of the US District Court on the Appellee, the US Government, through the attorney of record Mark Grady, US Attorney's office, 1 Court House Way, Boston Mass 02210, today _____, 2005 by first class mail postage prepaid.

Sam Osagiede, Esquire
Attorney at Law & notary Public