UNITED STATE COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| NKEM ECHEM,<br>   Petitioner<br><br>v.<br><br>JOHN ASHCROFT<br>ATTORNEY GENERAL,<br>   Respondent | DOCKET NO: 05CV10245JTL<br>ALIEN NO: A 46 117 237 |

## NOTICE OF COUNSEL APPERANCE

Please enter my appearance for the appellant in the above-entitled matter.

**RESPECTFULLY SUBMITTED,**

            The Petitioner
            Nkem Echem
            By her Attorney

            Sam Osagiede, Esquire
            BBO #636632
            925 Washington Street Suite 9
            Dorchester, Mass 02124
            Tel; 617-282-1300

Date: 4/29/ , 2005