UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __Nkem Echem__ | |
| Plaintiff | CIVIL ACTION |
| V. | NO. __05-cv-10245 JLT__ |
| __John Ashcroft, Attorney General, et al__ | |
| Defendant | |

### JUDGMENT

__Tauro,  D. J.__

In accordance with the Court's Endorsement dated __April 20, 2005__ adopting the Magistrate Judge's Report and Recommendation of __March 28, 2005__ granting __#6__ Motion to Dismiss in the above-entitled action, it is hereby ORDERED:

Judgment for the __RESPONDENT__.

By the Court,

__May 5, 2005__  /s/ Kimberly M. Abaid
Date  Deputy Clerk

(R&R Judgment.wpd - 12/98)